IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:16-CV-129-WKW |
| GAME STOP, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On April 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED. It is further ORDERED that this case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

A separate final judgment will be entered.

DONE this 9th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE